[No. 35960-0-II. Division Two. February 26, 2008.]

VIKI WHITE ET AL., *Appellants*, v. SAFEWAY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-2-00442-0, James B. Sawyer II, J., entered January 22, 2007. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Bridgwater and Hunt, JJ.

[No. 36019-5-II. Division Two. February 26, 2008.]

MARILYN NIEBAUER, *Appellant*, v. SWAIN'S GENERAL STORE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 05-2-00188-6, Craddock D. Verser, J., entered February 9, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 36044-6-II. Division Two. February 26, 2008.]

*In the Matter of the* PETERMAN FAMILY REVOCABLE LIVING TRUST.

RANDEL J. PETERMAN, *Appellant*, v. SHIRLEY R. ELLIS, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-4-00160-1, Michael J. Sullivan, J., entered February 16, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgwater, J., concurred in by Hunt and Penoyar, JJ.

[No. 36099-3-II. Division Two. February 26, 2008.]

*In the Matter of the Marriage of* RICHARD LEON VAN CLEAVE, *Respondent,* and RUTHANNA TRACY VAN CLEAVE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-3-02939-0, Susan Serko, J., entered February 16, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.